UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BORTON AND SONS, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | NO: 12-CV-3132-TOR<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

     BEFORE THE COURT is Defendant's Motion to Dismiss (ECF No. 10). Defendant filed this motion on January 30, 2013. As of the date of this Order, Plaintiff has not filed a response. Pursuant to Local Rule 7.1(d), the Court will treat Plaintiff's failure to file a responsive memorandum as consent to the entry of an adverse order on the motion. L.R. 7.1(d).

     Further, the Court finds that Plaintiff's complaint fails to state a claim upon which relief may be granted. Plaintiff Borton and Sons, Inc. ("Borton"), as a Subchapter S corporation, lacks standing to pursue a refund action. Because Borton's tax liability was merely "passed through" to its individual shareholders,

ORDER GRANTING MOTION TO DISMISS ~ 1

any refund action must be pursued by the individual shareholders rather than by the corporation itself. *Alon Int'l, Inc. v. United States*, 910 F. Supp. 233, 236 (W.D. Pa. 1995); *Ratcliff v. McKeever*, 1984 WL 1010 at *1 n. 1 (S.D.N.Y. 1984) (unpublished).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Defendant's Motion to Dismiss (ECF No. 10) is **GRANTED**.

The District Court Executive is hereby directed to enter this Order and Judgment accordingly, provide copies to counsel, and **CLOSE** the file.

**DATED** April 2, 2013.

THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO DISMISS ~ 2